IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Arrington, Cordia M

Printed: 3/4/08

Case Number: 05 B 23840
Judge: Hollis, Pamela S
Filed: 6/15/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: February 7, 2008
Confirmed: August 8, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 102,229.19 |  |
| Secured: |  | 34,929.35 |
| Unsecured: |  | 29,859.51 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,801.96 |
| Trustee Fee: |  | 3,689.18 |
| Other Funds: |  | 30,949.19 |
| Totals: | 102,229.19 | 102,229.19 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 2,699.00 | 2,699.00 |
| 2. | Ledford & Wu | Administrative | 102.96 | 102.96 |
| 3. | Countrywide Home Loans Inc. | Secured | 33,389.01 | 33,389.01 |
| 4. | Countrywide Home Loans Inc. | Secured | 1,540.34 | 1,540.34 |
| 5. | FCNB MC | Unsecured | 566.02 | 1,263.57 |
| 6. | Target National Bank | Unsecured | 190.34 | 424.91 |
| 7. | Capital One | Unsecured | 932.87 | 2,082.50 |
| 8. | World Financial Network Nat'l | Unsecured | 384.67 | 858.72 |
| 9. | World Financial Network Nat'l | Unsecured | 79.52 | 177.52 |
| 10. | Specialized Management Consultants | Unsecured | 227.21 | 507.23 |
| 11. | Chicago Patrolmen's Fed Credit Union | Unsecured | 1,435.84 | 3,205.34 |
| 12. | Kohl's/Kohl's Dept Stores | Unsecured | 343.26 | 766.29 |
| 13. | RoundUp Funding LLC | Unsecured | 4,465.35 | 9,968.32 |
| 14. | Resurgent Capital Services | Unsecured | 228.61 | 510.32 |
| 15. | ECast Settlement Corp | Unsecured | 518.04 | 1,156.45 |
| 16. | Capital One | Unsecured | 920.30 | 2,054.46 |
| 17. | ECast Settlement Corp | Unsecured | 1,687.81 | 3,767.82 |
| 18. | Resurgent Capital Services | Unsecured | 441.75 | 986.15 |
| 19. | World Financial Network Nat'l | Unsecured | 114.92 | 256.54 |
| 20. | ECast Settlement Corp | Unsecured | 301.51 | 673.09 |
| 21. | Marshall Field & Company | Unsecured | 385.69 | 861.01 |
| 22. | ECast Settlement Corp | Unsecured | 151.98 | 339.27 |
| 23. | Capital One | Unsecured |  | No Claim Filed |
| 24. | Capital One | Unsecured |  | No Claim Filed |
| 25. | Chase | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Arrington, Cordia M | Case Number: 05 B 23840 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 3/4/08 | Filed: 6/15/05 |

| | | | | |
|---|---|---|---|---|
| 26. | Fingerhut | Unsecured | | No Claim Filed |
| 27. | HSBC Mortgage Services | Unsecured | | No Claim Filed |
| 28. | First Consumers National Bank | Unsecured | | No Claim Filed |
| 29. | America OnLine | Unsecured | | No Claim Filed |
| 30. | Gateway | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 51,107.00 | $ 67,590.82 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 111.60 |
| 5.5% | 939.22 |
| 5% | 274.83 |
| 4.8% | 526.78 |
| 5.4% | 1,836.75 |
| | _____ |
| | $ 3,689.18 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

